UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAVEN L. JETER, SR., : Case No. 1:17-cv-756
    Plaintiff, :
: Judge Timothy S. Black
vs. :
: Magistrate Judge Stephanie K.
OHIO DEPARTMENT OF : Bowman
REHABILITATION AND :
CORRECTION, *et al.*, :
    Defendants. :

**DECISION AND ENTRY
ADOPTING THE REPORTS AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 4, 18, 34)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and submitted several Reports and Recommendations (Docs. 4, 18, 34). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Reports and Recommendations should be and are hereby adopted in their entirety. Accordingly:

1. The Magistrate Judge's Reports and Recommendations (Docs. 4, 18, 34) are **ADOPTED**;

2. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of Plaintiff's Eighth Amendment excessive force claim against Defendants Combs, Lute,

Osborne, and Bear and his Eighth Amendment medical care claim against defendant Mood;

3. Plaintiff's motions for preliminary injunctive relief (Docs. 15, 20, 25) are **DENIED**; and

4. Plaintiff's motions to amend the complaint (Docs. 24, 30) are **DENIED**.

**IT IS SO ORDERED.**

Date: 1/22/19

Timothy S. Black
United States District Judge